GEORGE H. PERRIOR, Appellant, *v.* WILBUR S. PECK, Respondent.

*Perrior* v. *Peck,* 39 App. Div. 390, affirmed.
(Argued May 3, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 24, 1899, affirming a judgment in favor of defendant entered upon the report of a referee.

*William G. Tracy* and *John H. Walrath* for appellant.

*J. L. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J.

---

HENRY AHR, Respondent, *v.* JOEL M. MARX, Appellant.

*Ahr* v. *Marx,* 44 App. Div. 391, affirmed.
(Submitted May 3, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1899, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Nathan Mayer* for appellant.

*Henry A. Forster* for respondent.

Judgment affirmed, with costs and ten per cent damages, under section 3251 of the Code of Civil Procedure; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.